**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| UNITED CUTLERY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION NO.** |
| | ) | **4:13-CV-00242-HLM** |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| WHOLESALE GALLERY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF POST-DISCOVERY SETTLEMENT
CONFERENCE**

**COME NOW** Plaintiff United Cutlery Corporation and Defendant Wholesale Gallery, Inc., by and through the undersigned counsel, and hereby submit this Joint Stipulation of Post-Discovery Settlement Conference, and in support thereof stipulate as follows:

1.      Pursuant to Local Rule 16.3 of this Court, the Parties and their respective counsel conferred and engaged in serious discussions regarding a possible settlement of the above-captioned matter.

2.      Despite the Parties' good faith efforts, the Parties were unable to reach a settlement of the case.

3.      The status of any future settlement discussions will be reported in the

Parties' proposed Consolidated Pretrial Order to be filed with this Court.

Respectfully submitted this 27th day of October, 2014.

/S/ J. Hamilton Garner
J. Hamilton Garner (GA Bar No. 285660)
WHELCHEL & CARLTON LLP
P. O. Box 758 (31776)
26 2nd Avenue SW
Moultrie, Georgia  31758
Telephone:  (229) 985-1590
Facsimile:  (229) 985-0946
Email: jhgarner@moultriega.net

John S. Hale (*admitted pro hac vice*)
GIPPLE & HALE
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Telephone:  (703) 448-1770 ext. 304
Facsimile:  (703) 448-7780
Email: gipple.hale@verizon.net

Jesse L. Vaughn (GA Bar No. 726298)
VAUGHN & CLEMENTS, P.C.
109 W. Hicks Street
Calhoun, Georgia  30701
Telephone:  (706) 602-0081
Facsimile:  (706) 602-7030
Email: Jesse@northwestgeorgialawyers.com

Attorneys    for    Plaintiff    UNITED    CUTLERY
CORPORATION

/S/ Robert M. Ward
*With express permission by JHG*
Robert M. Ward (GA Bar No. 775401)
3455 Peachtree Road NE, 5th Floor
Atlanta, GA
Telephone: (404) 606-6480
bmwlaw@aol.com

Attorney for Defendant WHOLESALE GALLERY, INC.