IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED CUTLERY CORPORATION, ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION NO.** |
| ) | **4:13-CV-00242-HLM** |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| WHOLESALE GALLERY, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the Plaintiff United Cutlery Corporation's and Defendant Wholesale Gallery, Inc.'s Joint Stipulated Motion for Second Extension of Time to File Proposed Consolidated Pretrial Order and for good cause shown, it is hereby:

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the Parties shall file a proposed Consolidated Pretrial Order in accordance with Local Rule 16.4 on or before December 18, 2014.

The Clerk is **DIRECTED** to send a copy of this ORDER to Plaintiff UNITED CUTLERY CORPORATION and Defendant WHOLESALE GALLERY, INC.

1

IT IS SO ORDERED, this __8th__ day of __Dec.__, 2014.

/s/ Harold L. Murphy
U.S. District Judge